≈AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

1-21**4**/05

District of ___MASSACHUSETTS___

AKAMAI TECHNOLOGIES, INC.,
     Plaintiff,
  V.

ART-IN INTERNET TECHNOLOGIES & ELECTRONIC
COMMERCE LTD. and ART-IN HOSTING & SUPPORT
SERVICES, LTD.,
     Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 05 10132 DPW

TO: (Name and address of Defendant)

ART-IN INTERNET TECHNOLOGIES & ELECTRONIC COMMERCE LTD.,
by its Receiver, Adv. Aharon Ben Shahar, Ben Shahar, Lekner & Co. Law Offices,
2 Hashlosha Street, Tel Aviv 67060, Israel

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

FREDERIC D. GRANT, JR., ESQUIRE
727 ATLANTIC AVENUE, SECOND FLOOR
BOSTON, MASSACHUSETTS 02111

an answer to the complaint which is herewith served upon you, within ___TWENTY (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK

DATE   MAY 25 2005

(By) DEPUTY CLERK

# CERTIFICATE
*ATTESTATION*

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester, conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
*1. que la demande a été exécutée*
  —the (date)
  *—le (date)* _____30/05/05_____
  —at (place, street, number)
  *—à (localité, rue numéro)* __2 Hashlosha St. Tel Aviv 67060__

—in one of the following methods authorised by article 5—
*—dans une des formes suivantes prévues à l'article 5:*
  ☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
      *a) selon les formes légales (article 5, alinéa premier, lettre a).*
  ☐ (b) in accordance with the following particular method*:
      *b) selon la forme particulière suivante :* _____
  ☐ (c) by delivery to the addressee, who accepted it voluntarily.*
      *c) par remise simple*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*
  —(identity and description of person)
  *—(identité et qualité de la personne)* __Ben Shahar Lerner__

  —relationship to the addressee (family, business or other):
  *—liens de parenté, de subordination ou autres, avec le destinataire de l'acte:* __Business__

2) that the document has not been served, by reason of the following facts*:
*2. que la demande n'a pas été exécutée, en raison des faits suivants :*
_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement?
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

**Annexes**
*Annexes*
Documents returned: ✓
*Pièces renvoyées:*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

Done at __Jerusalem__, the _____
*Fait à*                    *le*

Signature and/or stamp.
*Signature et/ou cachet*

*Delete if inappropriate.
*Rayer les mentions inutiles.*



תעודת אישור
# CERTIFICATE

הרשות החתומה מטה מתכבדת לאשר, בהתאם לסעיף 6 של האמנה האמורה.
The undersigned authority has the honor to certify, in conformity with article 6 of the Convention,

1. כי הבקשה בוצעה·
1. that the document has been served·
   - ביום (תאריך)
   - the (date) ___30/05/05___
   - ב-(מקום, רחוב, מספר)
   - at (place, street, number) _2 Hashlosha st. Tel-Aviv 67060_

- באחת מן הצורות שלקמן שנקבעו בסעיף 5:
- in one of the following methods authorised by article 5 -

א) בהתאם לצורות הקבועות בחוק (סעיף 5, פסקה ראשונה (א))*.
a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*

ב) בהתאם לצורות המיוחדות שלקמן*:
b) in accordance with the following particular method*:

ג) במסירה פשוטה*.
c) by delivery to the addressee, who accepted it voluntarily*.

הכתבים הנזכרים בבקשה נמסרו לידי:
The documents referred to in the request have been delivered to:
- (זהותו ותיאורו של האדם)
- (identity and description of person)
  _Ben Shahar-Lerner_

- קשרים משפחתיים, קשרי כפיפות או קשרים אחרים עם נמענו של הכתב:
- relationship to the addressee (family, business or other): _Business_

2. כי הבקשה לא בוצעה מחמת העובדות שלקמן*:
2. that the document has not been served, by reason of the following facts*:

בהתאם לסעיף 12, פסקה 2, לאמנה האמורה, מתבקש המבקש לשלם או להחזיר את ההוצאות שפירוטן נתון בחשבון המצורף*:
In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*.

Annexes                                              נספחים
Documents returned: _____√_____                    מסמכים מוחזרים:
In appropriate cases, documents establishing the service:   במקרה המתאים, מסמכים המוכיחים את ההמצאה:

Done at _Jerusalem_ the _____   ביום _____ נעשה ב

Signature and/or stamp                חתימה וחותם או אחד מאלה:

*Delete if inappropriate                              מחק את הבלתי מתאים



# UNITED STATES DISTRICT COURT

1-219/05

District of   MASSACHUSETTS

AKAMAI TECHNOLOGIES, INC.,
                  Plaintiff,
       V.

ART-IN INTERNET TECHNOLOGIES & ELECTRONIC
COMMERCE LTD., and ART-IN HOSTING & SUPPORT
SERVICES, LTD.,
                Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 05 10132 DPW

TO: (Name and address of Defendant)

ART-IN HOSTING & SUPPORT SERVICES, LTD., by its Receiver, Adv. Aharon Ben Shahar,
Ben Shahar, Lekner & Co. Law Offices, 2 Hashlosha Street, Tel Aviv 67060, Israel

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

FREDERIC D. GRANT, JR., ESQUIRE
727 ATLANTIC AVENUE, SECOND FLOOR
BOSTON, MASSACHUSETTS 02111

an answer to the complaint which is herewith served upon you, within   TWENTY (20)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

CLERK    _(signature)_

(By) DEPUTY CLERK

DATE    MAY 25 2005