# UNITED STATES DISTRICT COURT

District of   MASSACHUSETTS

AKAMAI TECHNOLOGIES, INC.,
        Plaintiff,

V.

ART-IN INTERNET TECHNOLOGIES & ELECTRONIC
COMMERCE LTD. and ART-IN HOSTING & SUPPORT
SERVICES, LTD.,
        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

# 05-10132 DPW

TO: (Name and address of Defendant)

ART-IN HOSTING & SUPPORT SERVICES, LTD., by its Receiver, Adv. Aharon Ben Shahar,
Beh Shahar, Lekner & Co. Law Offices, 2 Hashlosha Street, Tel Aviv 67060, Israel

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

FREDERIC D. GRANT, JR., ESQUIRE
727 ATLANTIC AVENUE, SECOND FLOOR
BOSTON, MASSACHUSETTS 02111

an answer to the complaint which is herewith served upon you, within ___TWENTY (20)___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



SARAH A. THORNTON

CLERK

(By) DEPUTY CLERK

DATE

APR 1 - 2005