UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AKAMAI TECHNOLOGIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> ART-IN INTERNET TECHNOLOGIES & ELECTRONIC COMMERCE LTD., and ART-IN HOSTING & SUPPORT SERVICES, LTD., <br><br> Defendants. | CIVIL ACTION NO. 05-10132- |

## Notice to court

The receiver, Mr. Aharon Ben Shaher, Adv. (here in after: "the receiver") Respectfully submits his replay to the complaint addressed to him, on May 19th, as follows:

1. The receiver is not the legal council of the defendants and does not, represent them in any legal procedure, and functions only as a receiver of them.

2. Therefore, the receiver is not legally authorized to accept the complaint, and it is respectfully returned to court, to be served upon the right address.

In The name of Shanshak
Aharon Ben-Shaher, Adv.
**Ben-Shahar, Lekner & Co.**

2 Hashlosha St.
Tel-Aviv 67060
Israel
Tel:972(3)6883383
Fax:972(3)6883382
Sharon@bls.co.il

476/0-41