UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| AKAMAI TECHNOLOGIES, INC.,<br>　　　　　Plaintiff,<br><br>v.<br><br>ART-IN INTERNET TECHNOLOGIES<br>& ELECTRONIC COMMERCE LTD.<br>and ART-IN HOSTING & SUPPORT<br>SERVICES, LTD.,<br>　　　　　Defendants. | CIVIL ACTION NO.<br>05-CV-10132-DPW |

## APPLICATION FOR DEFAULT

I, Frederic D. Grant, Jr., attorney for the plaintiff Akamai Technologies, Inc. state that the Amended Complaint in which a judgment for affirmative relief is sought against defendants Art-In Internet Technologies & Electronic Commerce Ltd. and Art-in Hosting & Support Services, Ltd. was filed on March 24, 2005, that the Summons and a copy of the Amended Complaint were served on each defendant on May 30, 2005 in hand in accordance with the provisions of the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents and Israeli law in the person of the receiver in control of each defendant, as appears from the returns of service of record in this action; that the defendants' answers were both due on June 20, 2005; that the time within which defendants shall serve a responsive pleading or otherwise defend has expired; and that each defendant has failed to file or serve an answer or otherwise defend.

WHEREFORE, the plaintiff Akamai Technologies, Inc. makes application pursuant to Fed. R. Civ. P. 55(a) that the defendants Art-In Internet Technologies & Electronic Commerce Ltd. and Art-in Hosting & Support Services, Ltd. be defaulted.

Signed under the penalties of perjury at Boston, Massachusetts, this 28th day of June, 2005.

```
_____
Frederic D. Grant, Jr.
  BBO No. 543115
727 Atlantic Avenue, 2nd floor
Boston, Massachusetts  02111
(617) 357-6555
```

## CERTIFICATE OF SERVICE

I, Frederic D. Grant, Jr., hereby certify that I served the foregoing document this 28th day of June, 2005 by causing a true and correct copy of the same to be sent by First Class U.S. Mail, postage prepaid, to:

Art-In Internet Technologies & Electronic Commerce Ltd.
by its Receiver, Adv. Aharon Ben Shahar
Ben Shahar, Lekner & Co. Law Offices
2 Hashlosha Street
Tel Aviv 67060
Israel

Art-in Hosting & Support Services, Ltd.
by its Receiver, Adv. Aharon Ben Shahar
Ben Shahar, Lekner & Co. Law Offices
2 Hashlosha Street
Tel Aviv 67060
Israel

_____
Frederic D. Grant, Jr.