```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

Akamai Technologies Inc.,      )
     Plaintiffs,               )
                               )
       v.                      )    CIVIL ACTION
                               )    NO. 05-cv-10132-DPW
                               )
Art-In Internet Technologies   )
& Electronic Commerce Ltd.     )
and Art-In Hosting & Support   )
& Services, Ltd.               )
Defendant.                     )
```

## NOTICE OF DEFAULT

Upon application of the Plaintiff for an Order of Default for failure of the Defendants, **Art-In Internet Technologies & Electronic Commerce Ltd. and Art-In Hosting & Support & Services, Ltd.** to plead or otherwise defend as provided by Rule 55(a) of the Federal Rules of Civil Procedure, notice is hereby given that the Defendants **Art-In Internet Technologies & Electronic Commerce Ltd. and Art-In Hosting & Support & Services,Ltd.** have been defaulted this **19th day of July 2005**.

```
                          Sarah A. Thornton
                          Clerk

                    by:   _/s/ Richard Nici_____
                          Deputy Clerk
```