UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

. . . . . . . . . . . . . . . . . . . . . .

AKAMAI TECHNOLOGIES, INC.,
          Plaintiff,

v.

ART-IN INTERNET TECHNOLOGIES
& ELECTRONIC COMMERCE LTD.
and ART-IN HOSTING & SUPPORT
SERVICES, LTD.,
          Defendants.

. . . . . . . . . . . . . . . . . . . . . .

CIVIL ACTION NO.
05-CV-10132-DPW

## DEFAULT JUDGMENT

Defendants Art-In Internet Technologies & Electronic Commerce Ltd. and Art-In Hosting & Support Services, Ltd. having failed to plead or otherwise defend in this action and their defaults having been entered,

Now, upon application of plaintiff and affidavits demonstrating that defendants owe plaintiff the sum of $671,960.58, that defendants are not infants or incompetent persons or in the military service of the United States, and that plaintiff has incurred attorneys' fees and expenses in the sum of $10,746.15,

It is hereby ORDERED, ADJUDGED AND DECREED that plaintiff Akamai Technologies, Inc. recover from defendants Art-In Internet Technologies & Electronic Commerce Ltd. and Art-In Hosting & Support Services, Ltd. the principal amount of $671,960.58, with attorneys' fees and expenses in the amount of $10,746.15, and prejudgment contract interest at the rate of 1.5% per month from February 2001 through January 20, 2005 in the amount of $360,869.87, and prejudgment interest at the rate of 12% per annum through July 31, 2005 in the amount of $61,969.83 for a total judgment of $1,105,546.43 with interest as provided by law.

DOUGLAS P. WOODLOCK
DISTRICT JUDGE

Dated: *August 30, 2005*